

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00850-CR

George **GALVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9426
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 29, 2014.

_____
Karen Angelini, Justice